IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZAGG, INC.                                :          CIVIL ACTION
                                          :
        v.                                :
                                          :
ANTHONY H. CATANACH, JR, et al. :          NO. 12-4399

ORDER

        AND NOW, this 27th day of September, 2012, for the

reasons set forth in the accompanying Memorandum, it is hereby

ORDERED that the motion of defendants Anthony Catanach, Jr. and

J. Edward Ketz to dismiss the complaint for failure to state a

claim is DENIED.

                                BY THE COURT:


                                 /s/ Harvey Bartle III
                                                          J.